**Exhibit A to the Complaint**

**Location:** Brooklyn, NY  
**Total Works Infringed:** 40  
**IP Address:** 68.237.27.96  
**ISP:** Verizon Fios

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 6C08B5B4CF6274B7218A62F04B62F8596FA667E9 | 04/24/2025 19:41:59 | Milfy | 04/23/2025 | 05/21/2025 | PA0002531892 |
| 2 | 87B36B0F656AF87CB1A7F6CDBE92442B27AF57C8 | 04/15/2025 11:57:10 | Blacked | 04/13/2025 | 04/22/2025 | PA0002527054 |
| 3 | B6F57B681C877C2A3D778C336017FFA82C31CBA3 | 04/13/2025 08:21:04 | Blacked | 04/08/2025 | 04/22/2025 | PA0002527048 |
| 4 | 714EA8D6A063C9940C41C9F49878B7417B1223F8 | 02/09/2025 19:00:18 | Blacked Raw | 07/04/2022 | 07/22/2022 | PA0002359466 |
| 5 | 9E28764F2467573E3CBF16A3E38CD3D9430C2D7E | 12/05/2024 10:44:43 | Blacked Raw | 01/14/2023 | 01/27/2023 | PA0002393084 |
| 6 | 1b123841f3a58718a6dc9bbc3d6b6f487f65c3fd | 10/03/2024 09:25:58 | Blacked | 05/13/2024 | 06/18/2024 | PA0002476744 |
| 7 | 7a01e2e87b09d84fd2c177b16ff298dc6c1b8585 | 09/26/2024 18:16:18 | Blacked | 02/03/2024 | 02/14/2024 | PA0002455061 |
| 8 | 42c2ab043aae6a18886cff7050588db42dd41c87 | 09/25/2024 12:10:37 | Milfy | 02/14/2024 | 03/15/2024 | PA0002463444 |
| 9 | 31fd547f0fdc261d2aed7ff552e06a04b685359e | 09/22/2024 10:30:04 | Tushy | 04/14/2024 | 05/08/2024 | PA0002470012 |
| 10 | 7cf7bd17e4d2634d784bd9c799c7b98ea1773c0a | 09/19/2024 19:40:31 | Vixen | 08/09/2024 | 08/15/2024 | PA0002484824 |
| 11 | 45788147fc9d85be7faf3ad4db90fc08787b2bfb | 09/06/2024 22:00:39 | Blacked | 03/29/2024 | 04/10/2024 | PA0002464918 |
| 12 | f799d70be4e466b215d484882ebaf10da334d3c7 | 08/28/2024 18:43:43 | TushyRaw | 02/06/2024 | 02/13/2024 | PA0002454773 |
| 13 | b752afe649539b982fb7d8ed9cc39324ff24815b | 08/26/2024 01:27:27 | TushyRaw | 05/28/2024 | 06/18/2024 | PA0002476916 |
| 14 | 501f07fc10b82fd46facd570bd8a4a9e57bf7a83 | 08/17/2024 11:12:08 | Blacked | 04/18/2024 | 05/08/2024 | PA0002470014 |
| 15 | E1438498004205FD91E8EB4B7A3C80A71196994F | 08/13/2024 10:58:04 | Milfy | 10/25/2023 | 12/07/2023 | PA0002446668 |
| 16 | cae9f6507e77b2234479a4fd9f56866025d0b1fe | 08/12/2024 01:34:47 | Milfy | 04/03/2024 | 06/24/2024 | PA0002477489 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 33e765a120d637121bb723bae30e185576909aa0 | 08/08/2024 21:53:35 | Slayed | 02/06/2024 | 03/28/2024 | PA0002462508 |
| 18 | 1689b0ea38f034ab0a370e6c4f363fc73dbb8630 | 08/05/2024 18:20:13 | Blacked Raw | 04/08/2024 | 04/11/2024 | PA0002464923 |
| 19 | 4ac690c2948c940703bf4c249d6e12989749e7e5 | 07/31/2024 21:41:14 | Blacked | 02/10/2024 | 03/11/2024 | PA0002459130 |
| 20 | 7be018e4a249e4ceaf9ccd6682e78817d34d12ea | 07/29/2024 02:51:12 | Milfy | 03/27/2024 | 06/24/2024 | PA0002477488 |
| 21 | ccdf017078085389a6979e1547b5ca485cc0ac60 | 07/27/2024 23:56:18 | Blacked | 07/02/2024 | 07/15/2024 | PA0002480438 |
| 22 | bcdffae59a696273a00c249560118ea51a86b6dc | 07/27/2024 18:31:43 | Tushy | 05/19/2024 | 06/19/2024 | PA0002476872 |
| 23 | f1801e1acc995976d6698bc1a09076bae041f858 | 07/23/2024 23:22:11 | Tushy | 03/31/2024 | 04/12/2024 | PA0002465211 |
| 24 | bd4701bced7c40e6ff4b87074036df51f4cbf6bb | 07/11/2024 00:04:59 | TushyRaw | 01/03/2024 | 01/16/2024 | PA0002449519 |
| 25 | 19b691b82a9ad356f252aef81b84a6013cacb061 | 06/29/2024 05:32:43 | Slayed | 06/11/2024 | 09/05/2024 | PA0002491139 |
| 26 | 71edefdb35a6cfa071cfcd525dafc26b45e1571d | 06/11/2024 19:25:22 | Tushy | 02/25/2024 | 03/12/2024 | PA0002459336 |
| 27 | fd173ea4bc849d6ecd3e000da9acc0d03cdf0b15 | 06/08/2024 05:39:15 | Vixen | 02/09/2024 | 03/13/2024 | PA0002459341 |
| 28 | fbdd6652388543d00335b8ab11d0fb4ae09c3d9e | 06/06/2024 21:50:41 | Slayed | 01/23/2024 | 03/15/2024 | PA0002461469 |
| 29 | 521f81f3b7f6e2e189c8e2db835975b90679049b | 06/03/2024 23:24:06 | Blacked Raw | 05/27/2024 | 06/18/2024 | PA0002476931 |
| 30 | 9bd3ce84b2376c15e5dcd661abdf1a2cbe64ae4d | 06/01/2024 03:26:10 | Blacked | 02/17/2024 | 03/12/2024 | PA0002459231 |
| 31 | b2c10367572c552ecb68f2e93066e66b8e0d8c89 | 05/29/2024 23:46:45 | TushyRaw | 04/30/2024 | 05/09/2024 | PA0002470227 |
| 32 | D47954A454DEAE74005EFE101A65991485BB66BC | 05/19/2024 11:49:41 | TushyRaw | 05/14/2024 | 06/19/2024 | PA0002476917 |
| 33 | d0373da502285a25c43da6ac1994c6a51d8718f8 | 05/14/2024 23:15:45 | Vixen | 03/01/2024 | 03/13/2024 | PA0002459594 |
| 34 | baab4a3bc614b0120e8f7824be3ffc5b53f21ef2 | 05/14/2024 15:17:02 | Blacked Raw | 05/06/2024 | 05/07/2024 | PA0002469675 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 992b93d339b11060736ef654cf8a8aba40dd3cd5 | 04/28/2024 19:59:31 | Vixen | 03/29/2024 | 04/12/2024 | PA0002465389 |
| 36 | 15251b5ac27df6103045ce4d4587a70cfaaff51b | 04/12/2024 03:59:59 | Vixen | 04/05/2024 | 04/12/2024 | PA0002465444 |
| 37 | b94e92710810cdb083662ce4e3aaec450ba7d8d0 | 02/25/2024 16:19:43 | Blacked | 01/20/2024 | 02/13/2024 | PA0002454784 |
| 38 | b359843907f0977562c66f60a4d89891c1bba25f | 02/22/2024 04:10:07 | Vixen | 02/16/2024 | 03/13/2024 | PA0002459592 |
| 39 | d7cff732fe6c5e4338a52d1a5efa73df6abe23db | 02/16/2024 09:11:18 | Vixen | 01/26/2024 | 02/13/2024 | PA0002454776 |
| 40 | 8F2782953F3EF640796FDD33B6FDEFB8502BC116 | 12/26/2023 12:43:06 | Blacked Raw | 12/25/2023 | 01/16/2024 | PA0002449503 |